No. 816. ZERVOS v. MONEYMAKER, TRUSTEE IN BANK-RUPTCY. C. A. 9th Cir. Certiorari denied.

No. 818. D. H. OVERMYER CO., INC., ET AL. v. WOOD-WARD ET AL. C. A. 2d Cir. Certiorari denied.

No. 827. HORTON & HORTON, INC. v. VAUGHAN MARINE, INC. C. A. 5th Cir. Certiorari denied.

No. 829. ADLER CONSTRUCTION CO. v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 830. CLARK v. GULESIAN. C. A. 1st Cir. Certi-orari denied.

No. 5046. MASON ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 5123. BAKER v. CALIFORNIA. Sup. Ct. Cal. Cer-tiorari denied.

No. 5260. NEWKIRK v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 5418. ETHRIDGE v. UNITED STATES;
No. 5427. BEARD v. UNITED STATES; and
No. 5428. COLE v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 424 F. 2d 951.

No. 5478. WAINMAN v. CLARK, SHERIFF, ET AL. Sup. Ct. Cal. Certiorari denied.

No. 5532. PINCUS v. NEW YORK. Ct. App. N. Y. Certiorari denied.